UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00201-FDW-DCK

| | |
|---|---|
| RESIDENTIAL FINANCE CORP., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) **ORDER** |
| DANIEL JACOBS and BELVEDERE GROUP, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's failure to comply with the Court's First and Second Notices to retain Associate Local Counsel or file a Motion Pro Hac Vice. On June 4, 2014, the Court Ordered Plaintiff to Show Cause as to why Plaintiff has failed to retain representation, or face dismissal of the action without Prejudice. (Doc. No. 36). Plaintiff has failed to respond to the Court's Order, and the time for doing so has run. Accordingly, Plaintiff's claims are DISMISSED without prejudice. Defendant's Counterclaim remains (Doc. No. 6), thus, the Court LIFTS the STAY (Doc. No. 36) on the Case Management Order with the following amendment: Initial Disclosures are due July 7, 2014. All previous deadlines remain intact. (Doc. No. 35).

IT IS SO ORDERED.

Signed: June 25, 2014

Frank D. Whitney
Chief United States District Judge